*amon,* Attorney General of Indiana, *Frank E. Coughlin,* Deputy Attorney General, and *Earl R. Cox* for respondent.

*Certiorari Denied.*

No. 446. ALLEN ET AL. *v.* McFADDEN ET AL. Supreme Court of California. Certiorari denied. *Robert W. Kenny* and *Welburn Mayock* for petitioners. *Fred N. Howser,* Attorney General of California, *J. Francis O'Shea,* Assistant Attorney General, and *Leonard M. Friedman,* Deputy Attorney General, for Jordan, Secretary of State; and *Stanley A. Weigel* for McFadden, respondents.

No. 475. McHUGH *v.* FLORIDA. Supreme Court of FLORIDA. Certiorari denied. *L. J. Cushman* for petitioner. *Richard W. Ervin,* Attorney General of Florida, *Reeves Bowen* and *Howard S. Bailey,* Assistant Attorneys General, for respondent.

No. 477. ALLIED PAPER MILLS ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *William W. Corlett* and *Alfred McCormack* for petitioners. *Solicitor General Perlman, Assistant Attorney General Bergson, Robert G. Seaks, W. T. Kelley* and *Walter B. Wooden* for respondent.

No. 487. CHANDLER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Edward C. Park* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 488. ROWLAND *v.* ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *C. Floyd Huff, Jr.* for petitioner. *Ike Murry,* Attorney General of Arkansas, *Jeff*